ACCEPTED
03-12-00117-CR
4729873
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/1/2015 2:24:46 PM
JEFFREY D. KYLE
CLERK

# TRACY D. CLUCK

### ATTORNEY AT LAW

Post Office Box 855
Dripping Springs, Texas 78620

Telephone (512) 264-9997

Toll Free (866) 380-9997

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/1/2015 2:24:46 PM
JEFFREY D. KYLE
Clerk

April 1, 2015

Third Court of Appeals
P. O. Box 12547
Austin, TX 78711

Re:     *Saul Salinas v. The State of Texas*; No. 03-12-00117-CR;
In The Third Court of Appeals—Austin

To The Honorable Court,

This letter certifies that I have, on March 26, 2015, forwarded a copy of the opinion and judgment, along with notification of appellant's right to file a pro se petition for discretionary review under Rule 68, to Appellant, Saul Salinas, by certified mail, return-receipt requested, to his last known address (Per TDCJ website 3/26/2015).

Attached hereto you will find a copy of the letter sent to Appellant, a certified mail receipt and a return receipt, in compliance with Rule 48.4.

Please let me know if the court requires anything further in this regard.

Respectfully submitted,

Tracy D. Cluck
Attorney for Appellant
Saul Salinas

Enclosure

March 26, 2015

Saul Salinas, TDCJ #01716946
TDCJ—William G. McConnell Unit
3001 South Emily Drive
Beeville, TX 78102

Re: *Saul Salinas v. The State of Texas*; 03-12-00117-CR; In The Court of Appeals for the Third District of Texas—Austin

Dear Mr. Salinas,

Enclosed you will find a copy of the judgment and memorandum opinion of the Third Court of Appeal at Austin affirming your conviction. I am sorry that the decision of the appellate court is not favorable for you.

My appointment does not include filing a petition for discretionary review with the Texas Court of Criminal Appeals to appeal the decision of the Third Court of Appeals. You have a right to file a petition for discretionary review with the Texas Court of Criminal Appeals under Rule 68 of the Texas Rules of Appellate Procedure (the Texas Rules of Appellate Procedure, which sets out the rules for filing a petition for discretionary review with the Court of Criminal Appeals, should be available to you in the prison law library). The address for the Texas Court of Criminal Appeals is P. O. Box 12308, Austin, Texas 78711. If you desire to do this you will need to either hire an attorney to do this for you or do this yourself (this is called pro se). This must be done within thirty days of the date of the Court of Appeals judgment. However, you may request, within thirty days of the date of the Court of Appeals judgment, a sixty-day extension, which is usually granted (a first extension is generally routinely granted by the Court). Unlike your first appeal to the Court of Appeals, the Texas Court of Criminal Appeals, which is the highest appellate court for criminal matters in the state, is not required to accept your appeal.

I only briefed the issues that I believed could be successful in this appeal and that were properly preserved for appellate review by your trial counsel. There may be other issues that you can raise by a writ of habeas corpus. I am not appointed to do a writ for you and you are not entitled to an appointed lawyer for a writ. You will need to hire a lawyer to help you with a writ or pursue it yourself.

i have previously provided you with a complete paper copy of the Reporter's Record and Clerk's Record filed in your case. You may also request a written copy of your record from the San Saba County District Clerk, 500 E. Wallace, San Saba, Texas 76877. Please let me know if you need my help in obtaining your record.

Please let me know if you have any questions or if I can be of any assistance.

With kindest regards,

Tracy D. Cluck

Enclosures

U.S. Mail, CMRRR # 7012 1010 0000 6556 3609

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BEEVILLE TX 78102

| | |
|---|---|
| Postage | $ $0.91 0620 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.91 03/26/2015 |

MAR 26 2015 Postmark Here
DRIPPING SPRINGS POST OFFICE OFFICIAL USE
78620

Sent To SAUL SALINAS #01716946
Street, Apt. No.; or PO Box No. 3001 S. EMILY DR.
City, State, ZIP+4 BEEVILLE, TX 78102

PS Form 3800, August 2006    See Reverse for Instructions

7012 1010 0000 6556 3609

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SAUL SALINAS #01716946
TDCJ-McCONNELL UNIT
3001 S. EMILY DR.
BEEVILLE, TX 78102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 3-30-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®  ☐ Priority Mail Express™
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7012 1010 0000 6556 3609

PS Form 3811, July 2013    Domestic Return Receipt